

FILED

APR 22 2019

Clerk, U.S. Courts
District Of Montana
Missoula Division

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

RANDALL CHILDRESS et al,

        Plaintiffs,

vs.

COSTCO WHOLESALE
CORPORATION,

        Defendant.

CV-18-183-M-DWM

ORDER

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for

the jurors in the above entitled case.

DATED this 22nd day of April, 2019.

Honorable Donald W. Molloy
United States District Judge