IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL CHILDRESS and CLAUDIA CHILDRESS,<br><br>     Plaintiffs,<br><br> vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>     Defendant. | CV 18-183-M-DWM<br><br><br>JUDGMENT |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED, in accordance with the Jury Verdict rendered on April 24, 2019, that judgment is entered in favor of the Plaintiffs and against the Defendant.

Dated this 25th day of April, 2019.

       TYLER P. GILMAN, CLERK

       By: /s/ Nicole Stephens
       Nicole Stephens, Deputy Clerk