IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL CHILDRESS and CLAUDIA CHILDRESS,  Plaintiffs,  vs.  COSTCO WHOLESALE CORPORATION,  Defendant. | CV 18-183-M-DWM  AMENDED JUDGMENT |

IT IS ORDERED AND ADJUDGED, contemporaneously with the Court's Order, Doc. 134, that bailment damages in the amount of $2,278.43 are awarded to Plaintiffs.

Dated this 21st day of December, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk