IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL CHILDRESS and CLAUDIA CHILDRESS,<br><br>   Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>   Defendant. | CV 18–183–M–DWM<br><br><br>ORDER |

This case having been remanded from the Court of Appeals for the Ninth Circuit and an amended judgment having been entered,

IT IS ORDERED that the Supersedeas Bond No. 023209766, issued by Costco Wholesale Corporation and  Liberty Mutual Insurance Company in the amount of $67,911.73 on June 7, 2019, (*see* Doc. 114), is RELEASED and is null and void for all purposes. *See* Fed. R. Civ. P. 62(b).

DATED this _21st_ day of December, 2021.

Donald W. Molloy, District Judge
United States District Court