IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDALL CHILDRESS and CLAUDIA CHILDRESS, | CV 18–183–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

On January 13, 2022, the Court entered an order assessing costs in favor of Plaintiffs Randall and Claudia Childress. (*See* Doc. 142.) Almost immediately thereafter, the parties filed a stipulation of dismissal, indicating they have resolved the matter with "each party to bear their own attorney fees and costs." (Doc. 143.) Accordingly,

IT IS ORDERED that the above matter is DISMISSED with PREJUDICE, as fully and finally settled on the merits, each party to bear their own costs and attorney fees.

DATED this 14ᵗʰ day of January, 2022.

Donald W. Molloy, District Judge
United States District Court